### Richard POLIDI, Plaintiff-Appellant,

v.

### NORTH CAROLINA STATE BAR; John Does 1-5; Jane Does 1-5, Defendants-Appellees.

No. 17-1001

United States Court of Appeals, Fourth Circuit.

Submitted: July 20, 2017

Decided: July 24, 2017

Richard Polidi, Appellant Pro Se.

Before DUNCAN and WYNN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Richard Polidi appeals the district court's orders denying relief on his civil complaint and denying his Motion for a New Hearing. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Polidi v. North Carolina State Bar*, No. 1:16-cv-01322-TSE-IDD (E.D. Va. Oct. 31, 2016; Nov. 30, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*